| | |
|---|---|
| Jaime A. Drozd, WSBA #35742<br>Lauren B. Rainwater, WSBA #43625<br>Eric A. Franz, WSBA #52755<br>Caitlyn G. Cowan, WSBA #62344<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone: 206.622.3150<br>Facsimile: 206.757.7700<br>*Attorneys for Defendants* | The Honorable Mary K. Dimke |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| JOAN GUERCIA,<br><br>            Plaintiff,<br><br>    v.<br><br>AON AFFINITY INSURANCE SERVICES, INC.; AFFINITY INSURANCE SERVICES, INC.; AIS AFFINITY INSURANCE AGENCY, INC.; AND NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>            Defendants. | No. 4:24-cv-05088-MKD<br><br>NOTICE OF WITHDRAWAL<br><br>***Clerk's Action Required*** |

TO:    THE CLERK OF THE COURT

AND TO:    ALL PARTIES OF RECORD AND THEIR COUNSEL

PLEASE TAKE NOTICE that Jaime Drozd (WSBA #35742) hereby withdraws as counsel of record for Defendants in the above captioned case. Lauren Rainwater, Eric Franz and Caitlyn Cowan of Davis Wright Tremaine LLP will remain as counsel of record for Defendant.

NOTICE OF WITHDRAWAL - 1
Case No. 4:24-cv-05088-MKD

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 1st day of October, 2024.

**WITHDRAWING ATTORNEY**

*s/ Jaime Drozd*
Jaime Drozd, WSBA #35742
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
E-mail: jaimedrozd@dwt.com

**REMAINING ATTORNEYS**

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
laurenrainwater@dwt.com
Eric A. Franz, WSBA #52755
ericfranz@dwt.com
Caitlyn G. Cowan, WSBA #62344
caitlyncowan@dwt.com
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700

NOTICE OF WITHDRAWAL - 2
Case No. 4:24-cv-05088-MKD

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 1st day of October, 2024.

    Davis Wright Tremaine LLP

    *s/ Jaime Drozd*
    Jaime Drozd, WSBA #35742

NOTICE OF WITHDRAWAL - 1
Case No. 4:24-cv-05088-MKD

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax