AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 15, 2025**

SEAN F. McAVOY, CLERK

JOAN GUERCIA,
individually and on behalf of all others similarly situated,

*Plaintiff*

v.

AFFINITY INSURANCE SERVICES INC., AIS AFFINITY INSURANCE AGENCY INC., NATIONWIDE MUTUAL INSURANCE COMPANY,

*Defendant*

Civil Action No. 4:24-CV-05088-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss, ECF No. 18, is GRANTED.
Defendants' Request for Judicial Notice, ECF No. 19, is GRANTED IN PART.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke

Date: 1/15/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz