AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2025

SEAN F. McAVOY, CLERK

JOAN GUERCIA,
individually and on behalf of all others similarly situated,

*Plaintiff*

v.

AFFINITY INSURANCE SERVICES INC., AIS
AFFINITY INSURANCE AGENCY INC.,
NATIONWIDE MUTUAL INSURANCE COMPANY,

*Defendant*

Civil Action No. 4:24-CV-05088-MKD

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion to Dismiss, ECF No. 18, is GRANTED.
Defendants' Request for Judicial Notice, ECF No. 19, is GRANTED IN PART.
All claims are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke

Date: 1/16/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz